JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
JUN 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Stephen A. King (SBN 224683)
2  Law Offices of Stephen A. King
   9701 Wilshire Blvd, 10th Floor
3  Beverly Hills, California 90212
4  Phone (310) 598-6703 / Fax (310) 499-5288
   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| SALLIE MCDONALD as Trustee for the SALLIE A. MCDONALD FAMILY TRUST<br><br>Plaintiff<br><br>vs.<br><br>NORTHRIDGE NEUROLOGICAL MEDICAL GROUP, Inc., a California corporation, NEW HAVEN FINANCIAL SERVICES, Inc., a California corporation, RELIABLE TRUSTEE SERVICES, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants | CASE NO.: CV-09-4849-AHM (SSx)<br><br>[PROPOSED] ORDER |

-1-

[proposed] ORDER

The Court, having been notified by stipulation that all parties agree to dismiss this action pursuant to FRCP 41(a)(1).:

IT IS ORDERED that this action is hereby dismissed.

JUN 2 9 2010

DATED: ~~December __, 2009~~ IT IS SO ORDERED.

_____
United States District Judge

-2-

[proposed] ORDER